# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV64 | 09932539 | HAFNGA | 639 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/23/2021 0203 hrs
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.2
VA Code 46.2-613(1)(XI)

Place of Offense: S/B GWMP, N/o CIA

Offense Description: Factual Basis for Charge
Fail to Register, operating, exp 3/2018

HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: SCANLON
First: Anna
M.I.: K

Tag No: NW078957
State: NV
Year: 14
Make/Model: Hond CRV
PASS ☐
Color: Blue

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 120 Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

Date: 01/13/2022
Time: 0900

(703) 299-2100

X Defendant Signature

Original - CVB Copy

*09932539*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident